Acknowledgment – Sentencing Options and Supervision Conditions

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**SEP 11 2023**

**FILED**

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Ian Freeman

Defendant

Case Number: 21-cr-41-JL

I, ___Ian Freeman___, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 9/11/23

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)

# PROPOSED SENTENCING OPTIONS AND SUPERVISION CONDITIONS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE
## UNITED STATES V. IAN FREEMAN, DKT. 0102 1:21CR00041-001

| | | |
|---|---|---|
| **TOTAL OFFENSE LEVEL** | | 34 |
| **CRIMINAL HISTORY CATEGORY** | | III |

| | Statutory Provisions | Guideline Provisions | Plea Agreement Provisions |
|---|---|---|---|
| **CUSTODY:** | Cts. 1s, 2s & 29s-32s: 0 years-5 years, on each<br>Ct. 28s: 0 years-20 years, on each | 188 months-235 months | Not applicable |
| **SUPERVISED RELEASE:** | Ct. 1s, 2s & 28s-32s: 0 years-3 years, on each | Ct. 1s, 2s & 28s-32s: 1 year-3 years, on each | Not applicable |
| **PROBATION:** | Ct. 1s, 2s & 28s-32s: 1 year-5 years, on each | Ineligible | Not applicable |
| **FINE:** | Cts. 1s, 2s & 29s-32s: $0-$250,000, on each<br>Ct. 28s: $0-$11,535,575 | $50,000-$11,535,575 | Not applicable |
| **RESTITUTION:** | Cts 1s, 2s, & 29-32s: Not applicable<br>Ct. 28s: As condition of supervised release only | Cts 1s, 2s, & 29-32s: Not applicable Ct. 28s: As condition of supervised release only | Not applicable |
| **SPECIAL ASSESSMENT:** | Ct. 1s, 2s & 28s-32s: $100, on each | Ct. 1s, 2s & 28s-32s: $100, on each | Not applicable |

## SUPERVISION:

While on supervision, you must comply with the following mandatory conditions:

> You must not commit another federal, state, or local crime.

> You must not unlawfully possess a controlled substance.

> You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, not to exceed 72 drug tests per year of supervision.

You must cooperate in the collection of DNA as directed by the probation officer.

In addition, you must comply with the standard conditions that have been adopted by this Court as well as the following special conditions:

**Substance Abuse Treatment, Testing, Abstinence**

1. You must participate in a substance use treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extent you are able, as determined by the probation officer.

2. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.

3. You must submit to substance abuse testing to determine if you have used a prohibited substance. You shall pay for the cost of testing to the extent you are able, as determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

4. You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

**Financial Requirements and Restrictions**

5. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the Financial Litigation Unit of the U.S. Attorney's Office.

6. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

7. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

8. During the period of supervised release or probation, unless you have already done so, you must, within six months of sentencing or release, whichever is later:

    (i) Cooperate with the Examination and Collection Division of the IRS;
    (ii) Provide to the Examination Division all financial information necessary to determine your tax liabilities;
    (ii) Provide to the Collection Division all financial information necessary to determine your ability to pay restitution; and

    (iv)    Make a good faith effort to pay all delinquent and additional taxes, interest, and penalties, including the $281,588.69 tax loss associated with this case.

**Employment Restrictions**

9. You must not operate any money service business and/or cryptocurrency business or establish any new business or charitable organization without the prior approval of the probation officer.

**Place Restrictions**

10. You must not go to, or remain at, any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer.

**Search and Seizure**

11. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Respectfully submitted,

Jonathan E. Hurtig
Chief U.S. Probation Officer

By:    */s/ Sean P. Buckley*
Sean P. Buckley
U.S. Probation Officer

Approved:

*/s/ Laura M. Roffo*    08/03/2023
Laura M. Roffo    Date
Supervising U.S. Probation Officer